**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ANDERSON, CHANDLER S. | § Case No. 11-84738 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  327 S Church Street, Room 1100
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/19/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/14/2012            By:  /s/BERNARD J. NATALE
                                                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ANDERSON, CHANDLER S.   § Case No. 11-84738
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 4,975.00 |
| **Balance on hand:** | $ 4,975.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Department of the Treasury | 12,140.41 | 12,140.41 | 0.00 | 1,583.00 |
| 5 | Miller Engineering Co. | 25,626.52 | 25,626.52 | 0.00 | 0.00 |
| 6S | Tuckma Plumbing | 2,336.68 | 2,336.68 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 1,583.00 |
| Remaining balance: | $ 3,392.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,118.25 | 0.00 | 2,118.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 23.75 | 0.00 | 23.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,392.00 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 130,940.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Peter A. Anderson | 0.00 | 0.00 | 0.00 |
| 2U | Department of the Treasury | 44,255.74 | 0.00 | 0.00 |
| 3 | Peter and Marilyn Jushka | 60,622.42 | 0.00 | 0.00 |
| 4 | Jack Krevel, d/b/a Jack Krevel Plastering | 13,343.96 | 0.00 | 0.00 |
| 6U | Tuckma Plumbing | 12,718.57 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 11-84738   Doc 39   Filed 08/23/12   Entered 08/25/12 23:58:08   Desc Imaged
                        Certificate of Notice   Page 5 of 8

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $     0.00
Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

Prepared By:   /s/BERNARD J. NATALE
                       Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-84738-MB
Chandler S. Anderson                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: vgossett              Page 1 of 3              Date Rcvd: Aug 23, 2012
                               Form ID: pdf006             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2012.
db         +Chandler S. Anderson,   1367 Brown Hills Road,   Rockford, IL 61107-3022
17996095   +Attorney Donald P. Shriver,   515 N. Court Street,   Rockford, IL 61103-6807
17996096   +Attorney Marc Gravino,   Williams McCarthy,   120 W. State Street,   Rockford, IL 61101-1125
17996097   +Attorney Michael A. O'Brien,   124A South County Farm Road,   Wheaton, IL 60187-4596
17996098   +Attorney Shawn C. Fulbright,   Fulbright & Associates, PC,   P. O. Box 1510,
             Rockford, IL 61110-0010
17996099    Attorney Theodore Liebovich,   415 S. Mulford Road,   P.O. Box 6066,   Rockford, IL 61125-1066
17996100   +Attorney Thomas Sandquist,   Williams & McCarthy, LLP,   120 W. State Street, P.O. Box 219,
             Machesney Park, IL 61101-1159
18108407    Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
17996101    Bank of America Home Loans,   Customer Service,   P.O. Box 5170,   Simi Valley, CA 93062-5170
17996102   +Bruce Stone,   825 Liddle Road,   Rockton, IL 61072-9441
17996103   +Bruce W. Stone as Trustee,   825 Liddle Road,   Rockton, IL 61072-9441
18108437   +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
18108439    IL Dept of Employment Security,   P.O. Box 3637,   Springfield, IL 62708-3637
17996104   +Illinois Department of Revenue,   200 S. Wyman Street, #306,   Rockford, IL 61101-1237
17996107   +J & J Partners,   Attn: Peter Provenzano,   303 N. Main St, Ste 300,   Rockford, IL 61101-1025
18742412    Jack Krevel, d/b/a Jack Krevel Plastering,   c/o Attorney Theodore Liebovich,
             Liebovich & Weber, P.C.,   415 S. Mulford Rd., P.O.Box 6066,   Rockford, IL 61125-1066
17996108    Matt Provenzano,   2741 Java Court,   Denver, CO 80211-4020
18108443    Menard's,   3290 S. Alpine Road,   Cherry Valley, IL 61112
18971751    Miller Engineering Co.,   c/o Donald P. Shriver,   Shriver, O'Neill & Thompson,
             515 N. Court Street,   Rockford, IL 61103-6807
18657883   +Peter A. Anderson,   Thomas E. Laughlin,   6833 Stalter Drive, Suite 204,
             Rockford, IL 61108-2582
17996110   +Peter Anderson,   2007 King Highway,   Rockford, IL 61107-1357
17996109   +Peter Anderson,   2007 Kings Highway,   Rockford, IL 61107-1357
18727304   +Peter and Marilyn Jushka,   535 Blackhawk Drive,   Batavia, IL 60510-1126
18720981    Peter and Marilyn Jushka,   c/o Thomas P. Sandquist,   WilliamsMcCarthy LLP,   P.O. Box 219,
             Rockford, IL  61105-0219
17996111   +Rockford Bank & Trust Co.,   127 N.Wyman St, Ste 100,   Rockford, IL 61101-1114
17996115   +Stone Woods Corporation,   c/o Bruce Stone,   825 Liddle Road,   Rockton, IL 61072-9441
18973696   +Tuckma Plumbing,   2659 N. Hwy 251,   Rochelle, IL 61068-4571
18108444   +Tuckma Plumbing Inc.,   2659 N. Highway 251,   Kings, IL 61068-4571
18108445    Winnebago County State's Attorney,   Bad Check Restitution Program,   P.O. Box 98,
             Rockford, IL 61105-0098

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18108401     E-mail/Text: cio.bncmail@irs.gov Aug 24 2012 02:13:16    ACS Support-Stop 8136,
             P.O. Box 145566,   Cincinnati, OH 45250-5566
17996106     E-mail/Text: cio.bncmail@irs.gov Aug 24 2012 02:13:15    Department of the Treasury,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
18108400     E-mail/Text: cio.bncmail@irs.gov Aug 24 2012 02:13:15    Internal Revenue Service,
             Cincinnati, OH  45999-0030
18666525     E-mail/Text: cio.bncmail@irs.gov Aug 24 2012 02:13:15    Internal Revenue Service,
             P.O. Box 21126,   Philadelphia, PA 19114-0326
18108442     E-mail/Text: cio.bncmail@irs.gov Aug 24 2012 02:13:16    Internal Revenue Service,
             P.O. Box 267 Stop 812,   Covington, KY 41019-0001
17996105     E-mail/Text: cio.bncmail@irs.gov Aug 24 2012 02:13:16    Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17996113*   +Rockford Bank & Trust Co.,   127 N. Wyman St, Ste 100,   Rockford, IL 61101-1114
17996112*   +Rockford Bank & Trust Co.,   127 N.Wyman St, Ste 100,   Rockford, IL 61101-1114
17996114*   +Rockford Bank & Trust Co.,   127 N.Wyman St, Ste 100,   Rockford, IL 61101-1114
17996116   ##+Tuckma Plumbing Inc.,   3661 N. IL Route 251,   Davis Junction, IL 61020-9749
                                                                                TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett           Page 2 of 3              Date Rcvd: Aug 23, 2012
                              Form ID: pdf006          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2012                    Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 3 of 3             Date Rcvd: Aug 23, 2012
                              Form ID: pdf006           Total Noticed: 35


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2012 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Jason H Rock    on behalf of Debtor Chandler Anderson jrock@bslbv.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 5
```