**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ANDERSON, CHANDLER S.           § Case No. 11-84738
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $515,457.00          Assets Exempt:  $20,857.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,583.00       Claims Discharged
                                                 Without Payment: $262,148.95

Total Expenses of Administration: $3,417.00

---

   3) Total gross receipts of $    5,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $960,587.76 | $40,103.61 | $40,103.61 | $1,583.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,417.00 | 3,417.00 | 3,417.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,576.13 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 198,637.31 | 1,130,940.69 | 130,940.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,169,801.20 | $1,176,461.30 | $174,461.30 | $5,000.00 |

    4) This case was originally filed under Chapter 7 on October 31, 2011. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/09/2012    By: /s/BERNARD J. NATALE
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Michelle Jushka/Judgment Entered | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Department of the Treasury | 4300-070 | 24,759.88 | 12,140.41 | 12,140.41 | 1,583.00 |
| 5 | Miller Engineering Co. | 4110-000 | 24,491.20 | 25,626.52 | 25,626.52 | 0.00 |
| 6S | Tuckma Plumbing | 4110-000 | 2,336.68 | 2,336.68 | 2,336.68 | 0.00 |
| NOTFILED | Bank of America Home Loans Customer Service | 4110-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Bank & Trust Co. | 4110-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Stone Woods Corporation c/o Bruce Stone | 4110-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Bank & Trust Co. | 4110-000 | 160,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bruce W. Stone as Trustee | 4110-000 | 145,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Bank & Trust Co. | 4110-000 | 13,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$960,587.76** | **$40,103.61** | **$40,103.61** | **$1,583.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 23.75 | 23.75 | 23.75 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,118.25 | 2,118.25 | 2,118.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,417.00 | $3,417.00 | $3,417.00 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenue | 5200-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 576.13 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $10,576.13 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Peter A. Anderson | 7100-000 | N/A | 1,000,000.00 | 0.00 | 0.00 |
| 2U | Department of the Treasury | 7100-000 | 23,005.18 | 44,255.74 | 44,255.74 | 0.00 |
| 3 | Peter and Marilyn Jushka | 7100-000 | 55,000.00 | 60,622.42 | 60,622.42 | 0.00 |
| 4 | Jack Krevel, d/b/a Jack Krevel Plastering | 7100-000 | N/A | 13,343.96 | 13,343.96 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6U | Tuckma Plumbing | 7100-000 | N/A | 12,718.57 | 12,718.57 | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 5,248.79 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,248.79 | N/A | N/A | 0.00 |
| NOTFILED | Matt Provenzano | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Bank & Trust Co. | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County State's Attorney Bad Check | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Menard's | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | J & J Partners | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Theodore Liebovich | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ACS Support-Stop 8136 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Michael A. O'Brien | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Marc Gravino Williams McCarthy | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Shawn C. Fulbright Fulbright & Associates, PC | 7100-000 | 2,131.55 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $198,637.31 | $1,130,940.69 | $130,940.69 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84738  
**Case Name:** ANDERSON, CHANDLER S.  

**Period Ending:** 10/09/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/31/11 (f)  
**§341(a) Meeting Date:** 12/15/11  
**Claims Bar Date:** 06/01/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single Family Residence 1367 Brown Hills Road, R | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash On Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | OneTV; one DVD player; two guitars with amplifie | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Turn of the century era large French print | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Standard wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Handgun | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Two term life insurance policies with $750,000 a | 1.00 | 0.00 | DA | 0.00 | FA |
| 8 | 50% Membership Owner Of ICON Property Management | 1.00 | 0.00 | DA | 0.00 | FA |
| 9 | 100% ownership interest In ICON II Construction | 1.00 | 0.00 | DA | 0.00 | FA |
| 10 | 50% membership interest in Rockford Stabilizatio | 1.00 | 0.00 | DA | 0.00 | FA |
| 11 | 100% membership interest In Icon Holding Group, | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | Possible 37% membership interest In Mid Town Lof | 1.00 | 0.00 | DA | 0.00 | FA |
| 13 | 33 1/3% membership interest In Iris, LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 14 | Michelle Jushka/Judgment Entered | 9,860.08 | 9,860.08 | | 5,000.00 | FA |
| 15 | 2001 Ford Explorer Sport Truck | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2005 Infinity FX (titled jointly with ICON Inves | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Assets Totals (Excluding unknown values) | **$525,317.08** | **$9,860.08** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-84738  
**Case Name:** ANDERSON, CHANDLER S.

**Taxpayer ID #:** **-***5650  
**Period Ending:** 10/09/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/24/12 | {14} | Peter J. Jushka | Compromise Re: Judgment | 1129-000 | 5,000.00 | | 5,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 09/19/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 3,725.00 |
| 09/19/12 | 102 | Department of the Treasury | Distribution paid 13.03% on $12,140.41; Claim# 2S; Filed: $12,140.41; Reference: TAX PERIOD 12/31/01 | 4300-070 | | 1,583.00 | 2,142.00 |
| 09/19/12 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,142.00 | 0.00 |
| | | | Dividend paid 100.00%     2,118.25 on $2,118.25; Claim# ATTY; Filed: $4,118.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     23.75 on $23.75; Claim# EXP; Filed: $23.75 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

Net Receipts : 5,000.00  
Net Estate : $5,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******25-66 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)                                Printed: 10/09/2012 11:27 AM    V.13.04